## City of Chicago v. J. Levy.

This case is controlled by the decision in City of Chicago v. McCormick, *ante* p. 650.

Action of assumpsit. Appeal from the County Court of Cook County; the Hon. DWIGHT C. HAVEN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1905. Affirmed with statutory damages. Opinion filed March 23, 1906.

ROBERT REDFIELD and FRANK JOHNSTON, JR., for appellant; EDGAR BRONSON TOLMAN, Corporation Counsel, of counsel.

City of Chicago v. Levy.

No appearance for appellee.

MR. JUSTICE FREEMAN delivered the opinion of the court.
The judgment in this case will be affirmed with statutory damages of ten per cent., for reasons stated in City of Chicago v. McCormick, *ante,* p. 650, decided at this term of court.

*Affirmed with statutory damages.*